# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CHRISTOPHER B. HARDY § | |
| § | |
| *Plaintiff*, § | |
| § | Civil Action No. 2:19-cv-00277-JRG |
| v. § | |
| § | |
| CARTHAGE INDEPENDENT SCHOOL § | |
| DISTRICT § | |
| § | |
| *Defendant.* § | |

## ORDER GRANTING PLAINTIFF CHRISTOPHER B. HARDY'S OPPOSED MOTION TO COMPEL

Before the Court is the Plaintiff Christopher B. Hardy's Opposed Motion to Compel. Having considered the Motion, and the relief requested therein, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff Christopher B. Hardy's Opposed Motion to Compel is GRANTED.

IT IS THEREFORE ORDERED within seven (7) days of the entry of this order CISD must produce all documents and communications related to related to closed sessions where the creation and or operation of a school police department, the hiring of a person for that role, Hardy's employment, Hardy's termination, the school's 2017 budget reductions, the costs associated with security, or claims of race discrimination aimed at Dr. Hambrick were discussed.

IT IS FURTHER ORDERED that within seven (7) days CISD must provide dates for Plaintiff to re-depose Elize Hicks to allow him to testify regarding what occurred in closed sessions.

IT IS FURTHER ORDERED that CISD is barred from instructing witnesses not to answer questions about what occurred in closed sessions during all future depositions.