# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CHRISTOPHER B. HARDY | § § § § § § | |
| v. | | Case No. 2:19-CV-0277-JRG-RSP |
| CARTHAGE INDEPENDENT SCHOOL DISTRICT | | |

## Motion Hearing
## MAG. JUDGE ROY PAYNE PRESIDING
### February 28, 2022

**OPEN:** 3:03 pm    **ADJOURN:** 3:42 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Ben Foster |
| ATTORNEY FOR DEFENDANTS: | Andrea Mooney |
| LAW CLERK: | Daniel Shuminer |
| COURT REPORTER: | Ed Reed |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. The parties introduced themselves and announced ready.

Ben Foster argued Plaintiff's Motion to Compel (Dkt. No. 32). Andrea Mooney responded for defendant. The Court made rulings and will enter an order accordingly.